DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADAM GORRILL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-1487

[June 17, 2015]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 14-1472-CA.

Adam Gorrill, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

We redesignate this appeal as non-final pursuant to Florida Rule of Appellate Procedure 9.130(a)(3)(A) and summarily affirm.

MAY, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***